

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00288-CV

Scherry **JEFFCOAT**,
Appellant

v.

James **ARNOLD**,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 101202B
Honorable M. Rex Emerson, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. We ORDER that appellant, Scherry Jeffcoat, bear all costs of this appeal.

SIGNED May 29, 2013.

_____
Luz Elena D. Chapa, Justice